CLOSED UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERDAR TATAR,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil Action No. 13-3317 (RBK)<br><br>**ORDER** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this    4th    day of    June   , 2013,

ORDERED that, within 20 days of the date of the entry of this Order, Serdar Tatar shall notify the Clerk in writing whether he chooses (A) to have his motion ruled on as labeled, or (B) to recharacterize his motion as a motion under 28 U.S.C. § 2255 raising five grounds, or (C) withdraw the motion and file an all-inclusive § 2255 motion within 45 days of the date of the entry of this Order; and it is further

ORDERED that, if Serdar Tatar fails to file a timely response to this Order, then this Court will rule on his motion to extend, as labeled; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Serdar Tatar by regular mail, together with a blank form motion to vacate under 28 U.S.C. § 2255.

  s/Robert B. Kugler  
**ROBERT B. KUGLER, U.S.D.J.**